# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PAMELA ROSE WASHINGTON,

                Plaintiff,                20 **CIVIL** 1772 (MKV) (DCF)

      -v-                            **JUDGMENT**

ANDREW SAUL
Commissioner of Social Security,
                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 9, 2020, that the Commissioner's decision is reversed and this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          December 10, 2020

                                                    **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                           **BY:**

                                                        **Deputy Clerk**